**ORIGINAL**

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  Susan.Cushman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 06-0120 BMK |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO UNSEAL |
| | ) | APPLICATION AND AFFIDAVIT; |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | UNSEAL APPLICATION AND |
| Express Mail Parcel #1 | ) | AFFIDAVIT. |
| ED953908300US | ) | |
| | ) | |
| Express Mail Parcel  #2 | ) | |
| ED953908327US | ) | |
| Defendant. | ) | |

EX PARTE MOTION TO UNSEAL APPLICATION AND AFFIDAVIT

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing all documents formerly sealed including but not limited to the application and affidavit attached to the search warrant, in the above-entitled matter on the ground that there is no longer a need for sealing and disclosure to the defendants and to other agencies for forfeiture proceedings is sought.

This Motion is based on the records and files of this case.

DATED: Honolulu, Hawaii, April 10, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


By _____
    SUSAN CUSHMAN
    Assistant U.S. Attorney