IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 06-0120 BMK |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO UNSEAL APPLICATION AND AFFIDAVIT |
| Express Mail Parcel #1 ED953908300US | ) | |
| Express Mail Parcel #2 ED953908327US | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO UNSEAL AFFIDAVITS AND COMPLAINT

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal Application and Affidavit, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application and affidavit in support of the search warrant, in regard to the above-entitled matter be unsealed.

DATED: Honolulu, Hawaii, this _____ day of April, 2006.

LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE